FILED
2018 Oct-05 PM 04:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| STEPHEN KILGORE, | } |
| Plaintiff, | } |
| v. | } Case No.: 5:17-cv-1923-RDP-TMP |
| WARDEN CHRISTOPHER GORDY, et al., | } |
| Defendants. | } |

## MEMORANDUM OPINION

On September 19, 2018, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that the action be **DISMISSED WITHOUT PREJUDICE** as **MOOT**.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this October 5, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE